NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PASTIFICIO LUCIO GAROFALO, S.P.A.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

AND

**AMERICAN ITALIAN PASTA COMPANY, DAKOTA GROWERS PASTA COMPANY, AND NEW WORLD PASTA COMPANY,**
*Defendants-Appellees.*

---

2011-1533

---

Appeal from the United States Court of International Trade in consolidated case nos. 10-CV-0095 and 10-CV-0097, Judge Donald C. Pogue.

---

**ON MOTION**

---

**O R D E R**

The United States moves for an extension of time, until December 15, 2011, for the appellees to file their response briefs, and for an extension of time, until January 5, 2012, for Pastificio Lucio Garofalo to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

DEC 0 6 2011
———————————
Date

/s/ Jan Horbaly
———————————
Jan Horbaly
Clerk

cc:  Richard P. Ferrin, Esq.
     David C. Smith, Jr., Esq.
     Carrie A. Dunsmore, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 6 2011

JAN HORBALY
CLERK